# PD-1418-15

No._____

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 03 2015

Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS

NOV 03 2015

Abel Acosta, Clerk

IN THE

COURT OF CRIMINAL APPEALS

AUSTIN, TEXAS

LAWRENCE JAMES, JR

VS.

THE STATE OF TEXAS

FROM: Appeal No.13-14-00380-CR

TRIAL: Cause No. 12-14114, Jefferson County

### FIRST MOTION FOR EXTENSION OF TIME TO FILE

### PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDEGES OF THE COURT OF CRIMINAL APPEALS:

Comes now, Lawrence James, Jr, Petitioner, and files an files this Motion for Extension of Time of (60) Sixty days in which ato file a Petition for Discretionary Review. In support of this motion, the appellant shows the Court the following:

I.

The Petitioner was convicted in the 252nd District Court of Jefferson County, Texas of the offense of 1st degree Murder in the Cause No. 12-14114, Styled State of Texas VS. Lawarence James, Jr.
The Petitioner appealed to the Court of Appeals, The Thirteenth Supreme Judicial District. The case was affirmed on the 15th Day of October 2015.

II.

The present deadline for filing the Petition for Discretionary Review is November 14, 2015. The Petitioner has not requested any extension prior to this request.

1.

III.

## PETITIONERS REQUEST FOR EXTENSION OF TIME:

This request is based upon facts. Petitioner was not informed of the decision of the Court of Appeals in affirming his case and having the right to file a Petition for Discretionary Review until October 23, 2015. Since that time Petitioner has been attempting to acquire private legal counsel to represent him in this matter. His attorney on appeal, Kevin Paula Seklay has informed Petitioner that she will not be representing him on the Petition for Discretionary Review.

WHEREFORE, Petitioner Prays that this Court will grant this motion and extend the deadline for filing the Petition for Discretionary Review in Cause No. 13-14-00380-CR to December 24,2015.

Respectfully Submitted

LAWRENCE JAMES,JR
Petitioner Pro-Se
TDCJ-ID#1940637
Eastham Unit
2665 Prison Rd#1
Lovelady,Texas 75851

2.

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and fore-
going First Motion for Extension of Time to File a Petition for
Discretionary Review has been forwarded by U.S. Mail, Postage Pre-
paid, first class, to the State Prosecuting Attorney, P.O Box 12405
Austin, Texas 78711, and to the Clerk of the Texas Court of Crimi-
nal Appeals, P.O. Box 12308, Austin,Texas78711, on this the 30th
Day of _October_ 2015.

_Lawrence James Jr_
Petitioner Pro Se

DECLARATION

I Lawrence James,Jr, TDCJ-ID# 1940637, bein presently incarce-
rated in the Eastham Unit of the Texas Department Of Criminal
Justice in Houston County, Texas, verify and declare under penalty
of perjury that the foregoing statements are true and correct.
Executed on this the 30th Day of _October_ ,2015.

_Lawrence James Jr_
LAWRENCE JAMES,JR
APPELLANT PRO-SE
TDCJ-ID#1940637

3.